# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00474-CV

**Texas Star Disposals, LLC, Appellant**

**v.**

**Texas Railroad Commission and David H. Arrington Oil & Gas, Inc.,**
**n/k/a Fayetteville-Floyd Oil & Gas, Inc., Appellees**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 201ST JUDICIAL DISTRICT
### NO. D-1-GN-10-003202, HONORABLE ORLINDA NARANJO, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Texas Star Disposals, LLC has filed an unopposed motion to dismiss in which it informs this Court that it no longer wishes to pursue this appeal. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1).

_____

J. Woodfin Jones, Chief Justice

Before Chief Justice Jones, Justices Rose and Goodwin

Dismissed on Appellant's Motion

Filed:   December 11, 2014